UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-CR-126-CJN |
| RICKY HOWARD | : | |

**UNOPPOSED MOTION FOR STATUS CONFERENCE**

Ricky Howard, through undersigned counsel, files the following notice to this Court proposing a status conference:

1. On June 9, 2024, Mr. Howard was arrested by members of MPD for unlawful possession of a firearm, and on June 10, 2024, he was presented on that charge in the Superior Court of D.C.

2. On October 28, 2024, Mr. Howard was released on bond pending trial in his case.

3. On April 30, 2025, a federal grand jury returned an indictment against Mr. Howard for unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

4. On May 14, 2025, Mr. Howard appeared in the U.S. District Court for the District of Columbia and was released on conditions.

5. On May 19, 2025, Mr. Howard appeared before this Court for a status conference, during which this Court set another status for June 17, 2025.

6. Because counsel for the government was in trial on June 17, 2025, the parties requested the June 17, 2025, status conference be reset for another date.

7. On June 18, 2025, the government provided a round of discovery to the defense.

8. The parties have conferred and are available to appear before the Court the following dates:

    a. July 16–18, 2025

    b. July 22–24, 2025.

9. Should this Court grant the motion, Mr. Howard will not object to tolling time under the Speedy Trial Act to the next court date.

                                                  Respectfully submitted,

                                                  A.J. KRAMER
                                                  FEDERAL PUBLIC DEFENDER

                                                  _____/s/_____
                                                  Tezira Abe
                                                  Assistant Federal Public Defender
                                                  625 Indiana Ave., N.W., Suite 550
                                                  Washington, D.C.  20004
                                                  (202) 208-7500