UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 25-CR-126 (CJN) |
| **RICKY HOWARD,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' MOTION TO DISMISS**
**INDICTMENT WITHOUT PREJUDICE**

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Motion to Dismiss the Indictment against Ricky Howard without prejudice. In support thereof, the United States submits the following:

1. On April 30, 2025, a federal grand jury returned a one-count indictment charging Defendant Ricky Howard with being a felon-in-possession of a firearm, in violation of 18 U.S.C. 922(g)(1). This Court subsequently set a trial date of November 17, 2025, and a pretrial conference of November 13, 2025.

2. As the government explained during the November 13 pretrial conference, in light of legal and evidentiary issues that arose during trial preparations, the government intended to exercise its discretion and dismiss the indictment filed against the defendant. The government also orally moved to vacate the November 16 trial date.

3. The government has conferred with defense counsel, who does not oppose dismissal of the case. However, defense counsel submits that the case should be dismissed with prejudice.

## **CONCLUSION**

For the reasons set forth above, the Government respectfully requests the Court to dismiss without prejudice Count 1 of the indictment. A proposed order is attached.

                                         Respectfully submitted,

                                         JEANINE FERRIS PIRRO
                                         UNITED STATES ATTORNEY

                               By:  */s/ Christopher R. Howland*
                                         Christopher R. Howland
                                         Assistant United States Attorneys
                                         Fraud, Public Corruption, and Civil Rights
                                         DC Bar 1016866
                                         601 D Street, N.W.
                                         Washington, D.C. 20530
                                         Office: 202-252-7106
                                         Christopher.Howland@usdoj.gov