UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICKY HOWARD,<br><br>*Defendant*, | Criminal Action No. 1:25-cr-00126 (CJN) |

**ORDER**

Upon consideration of the government's Motion to Dismiss, ECF 18, Howard's Response, ECF 19, and the government's Reply, ECF 20, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to terminate this case.

DATE: December 10, 2025

_____
CARL J. NICHOLS
United States District Judge